United States District Court
Southern District of Texas
**ENTERED**
September 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-394 |
| STEWARD HEALTH CARE SYSTEMS, LLC, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 18) signed by Magistrate Judge Christina Bryan on July 31, 2018, regarding **Instrument Nos. 4 and 6**. Plaintiff timely filed objections. The Court has reviewed the Memorandum and Recommendation and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court. It is therefore

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

Plaintiff has moved for leave to amend **(Instrument No. 20)**. That Motion is **GRANTED**.

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the 5th day of September, 2018, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE